### IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| VINCE RANALLI, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM, LLC; ZAZZLE INC.; ARENA MERCHANDISING BY AND THROUGH AMAZON.COM, LLC; ETSY.COM, LLC; BRAVE NEW LOOK; and OUTDOOR RESEARCH,<br><br>        Defendants. | CIVIL DIVISION<br><br>No: GD 20-011702<br><br><br>CLASS ACTION LAWSUIT<br><br><br>**NOTICE OF FILING OF JOINDER TO PETITION FOR REMOVAL OF A CIVIL ACTION**<br><br>FILED ON BEHALF OF:<br>Defendant Etsy, Inc., incorrectly sued as Etsy.com, LLC<br><br>COUNSEL OF RECORD FOR THIS PARTY:<br><br>Gary Hunt, Esq. ID# 23556<br>Kathleen A. Nandan, Esq. ID# 317060<br>Jonathan S. McAnney, Esq. ID# 50041<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>Tel: (412) 594-3942<br>Fax: (412) 594-5619<br>E-mail: ghunt@tuckerlaw.com<br>         knandan@tuckerlaw.com<br>         jmcanney@tuckerlaw.com |

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| VINCE RANALLI, on behalf of himself and all others similarly situated, | ) ) ) | CIVIL DIVISION |
| | ) | No: GD 20-011702 |
| Plaintiff, | ) ) | |
| v. | ) ) | CLASS ACTION LAWSUIT |
| AMAZON.COM, LLC; ZAZZLE INC.; ARENA MERCHANDISING BY AND THROUGH AMAZON.COM, LLC; ETSY.COM, LLC; BRAVE NEW LOOK; and OUTDOOR RESEARCH, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF JOINDER TO PETITION FOR REMOVAL OF A CIVIL ACTION**

PLEASE TAKE NOTICE that a Joinder to Petition for Removal of this action was filed in the United States District Court for the Western District of Pennsylvania on February 12, 2021. A copy of the said Joinder to Petition for Removal is attached to this notice and is served and filed herewith.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. §1446, the filing of said Joinder to Petition for Removal in the United States District Court together with the filing of a copy of said notice with this Court, effects the removal of this action and the above-captioned Court may proceed no further unless and until the case is remanded.

Respectfully submitted,

Tucker Arensberg, P.C.

BY:   /s/ Gary P. Hunt
       Gary Hunt, Esquire
       Attorney for Defendant Etsy, Inc., incorrectly sued
       as Etsy.com, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Filing of Joinder to Petition for Removal of a Civil Action has been served upon the following known counsel of record this 12th day of February, 2021, via electronic mail and/or US First-Class Mail, postage prepaid:

Joshua P. Ward, Esquire
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue,
Suite 201
Pittsburgh, PA 15206
(Counsel for Plaintiff)

Brave New Look
237 Kearney Street, Ste. 9091
San Francisco, CA 94108

Arena Merchandising
21430 North Second Avenue, Ste. 2
Phoenix, AZ 85027

James L. Rockney, Esquire
Ginevra F. Ventre, Esquire
Reed Smith, LLP
225 Fifth Avene, Suite 1200
Pittsburgh, PA 15222-2716

Brian T. Phelps, Esquire
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60607-7507
(Counsel for Amazon.com, LLC)

Danielle M. Vugrinovich, Esq.
Gregory P. Graham, Esq.
Marshall Dennehey Warner Coleman & Goggin
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(Counsel for Zazzle and Outdoor Research)

Tucker Arensberg, P.C.

BY:   */s/ Gary P. Hunt*
     Gary Hunt, Esquire
     Attorney for Defendant Etsy, Inc., incorrectly sued as Etsy.com, LLC