IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCE RANALLI, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>AMAZON.COM, LLC; ZAZZLE INC.; ARENA MERCHANDISING BY AND THROUGH AMAZON.COM, LLC; ETSY.COM, LLC; BRAVE NEW LOOK; and OUTDOOR RESEARCH,<br><br>          Defendants. | 2:21-CV-00088-RJC<br><br>ELECTRONICALLY FILED<br><br>**JURY TRIAL DEMANDED** |

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2021, upon consideration of Defendant Zazzle Inc.'s Rule 12(b)6 Motion to Dismiss Plaintiff's Complaint, and all briefs, responses, replies, and arguments in support of and against, it is hereby ORDERED that said Motion is GRANTED. Plaintiff's case is dismissed with prejudice.

_____
Robert J. Colville, District Judge