# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VINCE RANALLI, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

AMAZON.COM, LLC; ZAZZLE INC.; ARENA MERCHANDISING BY AND THROUGH AMAZON.COM, LLC; ETSY.COM, LLC; BRAVE NEW LOOK; and OUTDOOR RESEARCH,

    Defendants.

2:21-CV-00088-RJC

ELECTRONICALLY FILED

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

The parties have resolved the above-referenced matter as to Zazzle Inc. only. It is anticipated that the Stipulation to Dismiss will be filed within thirty (30) days. As this matter has resolved as to Zazzle Inc. only, the parties request that all deadlines against it be stayed.

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

BY: *s/ Joshua P. Ward*
    Joshua P. Ward
    **Counsel for Plaintiff**
    The Rubicon Building
    201 South Highland Ave., Ste. 201
    Pittsburgh, PA 15206
    jward@fentersward.com
    412-545-3015

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: *s/ Danielle M. Vugrinovich*
    Danielle M. Vugrinovich
    **Counsel for Defendant**
    Union Trust Building, Suite 700
    501 Grant Street
    Pittsburgh, PA 15219
    dmvugrinovich@mdwcg.com
    412-803-1185