IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCE RANALLI, on behalf of himself and all others similarly situated, | |
| Plaintiff, | 2:21-CV-00088-RJC |
| v. | ELECTRONICALLY FILED |
| AMAZON.COM, LLC; ZAZZLE INC.; ARENA MERCHANDISING BY AND THROUGH AMAZON.COM, LLC; ETSY.COM, LLC; BRAVE NEW LOOK; and OUTDOOR RESEARCH, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATION OF DISMISSAL

AND NOW, comes the Plaintiff, Vince Ranalli, and the Defendant, Zazzle Inc., by and through their respective counsel, and hereby stipulate that all of the claims raised by the Plaintiff in the above-captioned matter against Zazzle Inc. only, shall be dismissed with prejudice, and the Court is requested to enter an appropriate Order for the purpose of accomplishing the same. The parties further stipulate that each party shall bear the party's own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| **J.P. WARD AND ASSOCIATES** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| BY:  *s/ Joshua P. Ward* | BY:  *s/Danielle M. Vugrinovich* |
| Joshua P. Ward, Esquire | Danielle M. Vugrinovich, Esquire |
| PA ID #320347 | PA ID #88326 |
| **Attorney for Plaintiff** | **Counsel for Defendant, Zazzle Inc.** |
| The Rubicon Building, Suite 201 | Union Trust Building, Suite 700 |
| 201 South Highland Avenue | 501 Grant Street |
| Pittsburgh, PA 15206 | Pittsburgh, PA  15219 |
| 412-545-3015 | 412 803-1185 |
| JWard@FentersWard.com | DMVugrinovich@mdwcg.com |

LEGAL/138196118.v1