IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCE RANALLI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, LLC; ZAZZLE INC.; ARENA MERCHANDISING BY AND THROUGH AMAZON.COM, LLC; ETSY.COM, LLC; BRAVE NEW LOOK; and OUTDOOR RESEARCH,<br><br>Defendants. | 2:21-CV-00088-RJC<br><br>ELECTRONICALLY FILED<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, this _10th_ day of June, 2021, upon consideration of the Stipulation of Dismissal filed by counsel for Plaintiff, Vince Ranalli and Defendant, Zazzle Inc., it is hereby ORDERED that the above-referenced matter has been settled and shall be dismissed with prejudice as to Zazzle Inc. only.

BY THE COURT:

_____
Robert J. Colville, District Judge

LEGAL/138196149.v1