**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VINCE RANALLI, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>ETSY.COM, LLC, BRAVE NEW LOOK and OUTDOOR RESEARCH,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-88<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

AND NOW, to-wit, this 5th day of November, 2021, for the reasons stated in the Opinion filed contemporaneously hereto,  the Motion to Dismiss filed on behalf of Defendant Etsy.com, LLC ("Etsy") (ECF No. 66) be and the same is hereby GRANTED.

IT IS FURTHER ORDERED THAT for the reasons stated in the Opinion filed contemporaneously hereto, the Motion to Dismiss filed on behalf of Defendant Outdoor Research (ECF No. 68) be and the same is hereby GRANTED.

<u>s/<i>Robert J. Colville</i></u><br>Robert J. Colville<br>United States District Judge

CC/ECF:  Counsel of record