IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCE RANALLI, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ETSY.COM, LLC, BRAVE NEW LOOK and OUTDOOR RESEARCH,<br><br>  Defendants. | Civil Action No. 21-88 |

## ORDER

AND NOW, to-wit, this 5th day of November, 2021, upon review of the Amended Complaint as it relates to defendant Brave New Look, the Court finds that the allegations as to defendant Brave New Look fail to state a claim upon which relief can be granted for the reasons stated in the Opinion filed contemporaneously on this date, and hence, the Court hereby *sua sponte* dismisses[1] all claims as to Brave New Look, specifically, Counts V, VI, VII, X and XI.

IT IS FURTHER ORDERED THAT the Clerk of Court shall mark this case as CLOSED.

s/*Robert J. Colville*
Robert J. Colville
United States District Judge

CC/ECF:   Counsel of record

---

[1] As with the other defendants, we will not permit a curative amendment because it would be futile. *Alston v. Parker*, 363 F.3d 229, 235 (3d Cir. 2004)