IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCE RANALLI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ETSY.COM, LLC, BRAVE NEW LOOK and OUTDOOR RESEARCH,<br><br>Defendants. | Civil Action No. 21-88 |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: November 5, 2021

s/<i>Robert J. Colville</i><br>
Robert J. Colville<br>
United States District Judge

CC/ECF:   Counsel of record